UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 27 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

JUAN CASTELLANOS - VELASQUEZ

Defendant.

Case No. 2:26 - MJ- 203

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within seven (7) days of the date of Order, unless the government files a formal objection or other appropriate motion within six (6) days of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this ___27th___ day of ___April___, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

1