**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-000303-MDC |
| Plaintiff, | |
| v. | **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| JUAN MANUEL CASTELLANOS-VELAZQUEZ,<br> aka "Juan Castenllano,"<br> aka "Jesus Alexis Valenzuela-Castillo,"<br> aka "Victor Landeros,"<br> aka "Carlos Lopez Gutierrez," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the __11__ day of May, 2026 at the hour of 4 p.m., be vacated and continued to August 10, 2026 at 4:00 pm.

DATED this __28th__ day of April, 2026.

HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE